```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SRINIVAS PARUCHURI,                              :
                                                 :
                              Plaintiff,         :
            -against-                            :
                                                 :   22-CV-10998 (VEC)
RE.IMAGIN, INC.; JENNIFER SNAPE; and             :
"JOHN DOE" and "JANE DOE," numbers 1             :   ORDER
through 10, fictitiously named parties or entities, :
true names unknown, the parties intended being   :
the managers, operators, or successors of the    :
business being carried on by defendants          :
RE.IMAGIN, INC.; JENNIFER SNAPE,                 :
                                                 :
                                                 :
                              Defendants.        :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on December 30, 2022, Defendants removed this case from New York Supreme Court pursuant to 28 U.S.C. § 1331 alleging that there is complete diversity between the parties, *see* Dkt. 1; and

   WHEREAS on January 27, 2023, Plaintiff moved to remand the case to state court on the grounds that the parties are not diverse, *see* Dkt. 10.

   IT IS HEREBY ORDERED that the parties shall conduct limited jurisdictional discovery by no later than **April 21, 2023**.

   IT IS FURTHER ORDERED that the parties shall appear for a status conference on **Friday, April 28, 2023 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: March 7, 2023
      New York, New York

                                                          _____
                                                          **VALERIE CAPRONI**
                                                          **United States District Judge**