```
                                                         USDC SDNY
                                                         DOCUMENT
                                                         ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                             DOC #:_____
SOUTHERN DISTRICT OF NEW YORK                            DATE FILED: 4/25/2023
```

------------------------------------------------------------- X
SRINIVAS PARUCHURI,                              :
                                                 :
                              Plaintiff,         :
              -against-                          :
                                                 :           22-CV-10998 (VEC)
RE.IMAGIN, INC.; JENNIFER SNAPE; and             :
"JOHN DOE" and "JANE DOE," numbers 1             :           ORDER
through 10, fictitiously named parties or entities, :
true names unknown, the parties intended being   :
the managers, operators, or successors of the    :
business being carried on by defendants          :
RE.IMAGIN, INC.; JENNIFER SNAPE,                 :
                                                 :
                                                 :
                              Defendants.        :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 30, 2022, Defendants removed this case from New York Supreme Court pursuant to 28 U.S.C. § 1331 alleging that there is complete diversity between the parties, *see* Dkt. 1;

WHEREAS on January 27, 2023, Plaintiff moved to remand the case to state court on the grounds that the parties are not diverse, *see* Dkt. 10; and

WHEREAS on March 7, 2023, this Court ordered the parties to complete limited jurisdictional discovery by no later than April 21, 2023, and to appear for a status conference on April 28, 2023, *see* Dkt. 19.

IT IS HEREBY ORDERED that the status conference scheduled for April 28, 2023, is hereby CANCELLED.

IT IS FURTHER ORDERED that the parties must file a joint letter by no later than **May 1, 2023**, indicating their position on whether, in light of what was revealed during jurisdictional

discovery, the parties believe supplemental briefing on Plaintiff's motion to remand is necessary. The joint letter shall not exceed three pages in length, and if the parties are requesting supplemental briefing, the letter must further propose a briefing schedule.

**SO ORDERED.**

Date:  April 25, 2023
       New York, New York

**VALERIE CAPRONI**
**United States District Judge**